BULS ET AL., RESPONDENTS, *v.* NORTHERN PACIFIC RAIL-
.WAY CO., APPELLANT.

(No. 2,907.)

(Submitted December 20, 1910.   Decided January 16, 1911.)

[113 Pac. 472.]

*Appeal from District Court, Lewis & Clark County; J. Miller
Smith, Judge.*

ACTION by Charles Buls and another against the Northern
Pacific Railway Company.   From a judgment for plaintiffs and
an order denying a motion for a new trial, defendant appeals.
Affirmed.

(Cause submitted on briefs in case of *Copenhaver* v. *Northern
Pacific Railway Co., ante,* p. 453.)

*Mr. Wm. Wallace, Jr., Mr. John G. Brown,* and *Mr. R. F.
Gaines,* for Appellant.

*Mr. James A. Walsh,* and *Mr. S. A. Anderson,* for Respondents.

MR. JUSTICE SMITH delivered the opinion of the court.

On the authority of *Copenhaver* v. *Northern Pacific Railway
Co., ante,* p. 453, 113 Pac. 467, the judgment and order in this
case are affirmed.

*Affirmed.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE HOLLOWAY
concur.